**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1940**

LENA HARDAWAY; ANGELENE HARDAWAY,

        Plaintiffs – Appellants,

     v.

EQUITY RESIDENTIAL MANAGEMENT LLC,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Deborah K. Chasanow, Senior District Judge.  (8:13-cv-00149-DKC)

Submitted:  January 26, 2017     Decided:  February 7, 2017

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lena Hardaway; Angelene Hardaway, Appellants Pro Se.  Jason M. St. John, Nicholas Charles Stewart, SAUL EWING, LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants appeal the district court's orders dismissing their complaints. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hardaway v. Equity Residential Mgmt., LLC</u>, No. 8:13-cv-00149-DKC (D. Md. Feb. 26, 2015 & July 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>